UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNETTE, et al.,<br><br>    Defendants. | No. 1:16-cv-01212-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 36) |

    Plaintiff Jeremey Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 9, 2018, the assigned magistrate judge screened plaintiff's second amended complaint and issued findings and recommendations, recommending that this action proceed only on: (1) plaintiff's Americans With Disabilities Act ("ADA") claims against defendants Vasquez, Keener, Gonzalez, Flores, Arnette, Zamora, and Lopez in their official capacities only; (2) plaintiff's Eighth Amendment conditions of confinement claims against defendants Vasquez, Keener, and Gonzalez; and (3) plaintiff's due process claims against defendants Vasquez, Keener, and Gonzalez. (Doc. No. 36.) The magistrate judge recommended dismissal of all other claims and defendants without further leave to amend for failure to state a claim. (*Id.* at 19.) The findings and recommendation were served on plaintiff and contained notice that any objections

were to be filed within fourteen (14) days after service.  (*Id.* at 20.)  On February 12, 2019, after seeking and receiving two extensions to file objections to the findings and recommendations (Doc. Nos. 38, 40), plaintiff filed a notice of his willingness to proceed with the claims found cognizable in the findings and recommendations.  (Doc. No. 42.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 9, 2018 (Doc. No. 36) are adopted in full;
2. This action now proceeds only on:
    a. Plaintiff's ADA claims against defendants Vasquez, Keener, Gonzalez, Flores, Arnette, Zamora, and Lopez in their official capacities;
    b. Plaintiff's Eighth Amendment conditions of confinement claims against defendants Vasquez, Keener, and Gonzalez;
    c. Plaintiff's due process claims against defendants Vasquez, Keener, and Gonzalez;
3. All other claims and defendants are dismissed; and
4. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 4, 2020**

UNITED STATES DISTRICT JUDGE