UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>              Plaintiff,<br><br>      vs.<br><br>ARNETTE, et al.,<br><br>              Defendants. | **1:16-cv-01212-DAD-GSA-PC**<br><br>**ORDER FOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S JUNE 8, 2020 ORDER** |

   Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132.

   On June 8, 2020, the Court found that service of the Second Amended Complaint was appropriate as to Defendants Arnette, Flores, Lopez, Zamora, Vasquez, Gonzalez, and Keener for violation of the Eighth Amendment, Fourteenth Amendment and ADA.  Electronic service was ordered which directed the California Department of Corrections and Rehabilitation (CDCR) "no later than 40 days" after service of the Court's order to "file with the Court the 'CDCR Notice of E-Service Waiver' advising the Court which defendant(s) . . . will be waiving service of process without the need for personal service by the United States Marshal."  (ECF No. 48, Order at 3:26 – 4: 1.)

CDCR has returned Notices of E-Service Waiver for Defendants Gonzalez, Flores, Arnette, and Keener, and these four Defendants have filed on October 30, 2020, an Answer to the complaint. (ECF Nos. 53, 54, 57.) However, CDCR has not returned Notices for Defendants Lopez, Zamora, or Vasquez, and the forty-day time period has expired.

Accordingly, it is HEREBY ORDERED that within twenty (20) days of the date of service of this order, CDCR shall show cause why sanctions should not be imposed for failure to comply with the Court's June 6, 2020, order.

The Clerk of Court shall serve a copy of this order by email on (1) the CDCR and (2) Monica Anderson, Senior Assistant Attorney General.

IT IS SO ORDERED.

Dated:   **January 22, 2021**                         **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE