UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNETTE, et al.,<br><br>    Defendants. | **1:16-cv-01212-DAD-GSA-PC**<br><br>**ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT ZAMORA SHOULD NOT BE DISMISSED FROM THIS ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE AGAINST DEFENDANT ZAMORA**<br><br>**THIRTY DAY DEADLINE** |

**I.    BACKGROUND**

Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132. This case now proceeds with Plaintiff's Second Amended Complaint, filed on September 10, 2018, on (1) Plaintiff's ADA claims against defendants Vasquez, Keener, Gonzales,[1] Flores, Arnett,[2] Zamora, and Lopez, in their official capacities; 2) Plaintiff's Eighth Amendment conditions of confinement claims against defendants Vasquez, Keener, and Gonzales; and (3) Plaintiff's due process claims against defendants Vasquez, Keener, and Gonzales. (ECF No. 33.)

---

[1] Sued as Gonzalez.

[2] Sued as Arnette.

1

On June 8, 2020, the court issued an order finding service of the Second Amended Complaint appropriate and directing e-service against the defendants in this action. (ECF No. 48.) On February 4, 2021, defendant Zamora filed a notice of intent to not waive service. (ECF No. 68.) On March 19, 2021, the United States Marshal filed a return of service executed as to defendant Zamora indicating that defendant Zamora was personally served with process on March 19, 2021. (ECF No. 71.) Under Rule 12 of the Federal Rules of Civil Procedure, defendant Zamora had 21 days in which to file an answer, or a motion under Rule 12, in response to Plaintiff's complaint. More than 60 days has passed and defendant Zamora has not filed an answer, a motion under Rule 12, or any other response to Plaintiff's complaint. (See court record.) Plaintiff has not filed a motion under Rule 55. (Id.)

**II.     ORDER TO SHOW CAUSE**

Within thirty days from the date of service of this order, Plaintiff shall show cause why defendant Zamora should not be dismissed from this action for Plaintiff's failure to prosecute against defendant Zamora.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the court, showing cause why defendant Zamora should not be dismissed from this action for Plaintiff's failure to prosecute against defendant Zamora; and
2. Plaintiff's failure to comply with this order shall result a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **May 22, 2021**         /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE