UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES, | **1:16-cv-01212-DAD-GSA-PC** |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| ARNETTE, et al., | |
| Defendants. | |

On March 19, 2021, the United States Marshal effected personal service on Defendant Zamora, therefore Defendant Zamora's response to Plaintiff's Second Amended Complaint was due on or before April 9, 2021. Fed. R. Civ. P. 12(a), 6(d). Defendant Zamora, although properly served, has not yet filed a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Zamora show cause, within thirty days from the date of this order, why default should not be entered;
2. The Clerk of the Court shall forward a copy of this order to Defendant Zamora at the address listed in the CDCR Notice of E-Service Waiver.  (ECF No. 68) (sealed); and

3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

IT IS SO ORDERED.

Dated: **August 6, 2021**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE