UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARNETTE, et al.,<br><br>            Defendants. | **1:16-cv-01212-DAD-GSA-PC**<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME (ECF No. 101.)**<br><br>**SEPTEMBER 1, 2021 -- DEADLINE TO RESPOND TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132.  On August 24, 2021, defendants Arnett, Gonzales, Flores, and Keener ("Defendants") filed a motion for extension of time until September 1, 2021 in which to respond to Plaintiff's second set of requests for production of documents.  (ECF No. 101.)

The Court finds good cause to grant Defendants an extension of time.  Accordingly, IT IS HEREBY ORDERED that Defendants are granted an extension of time until September 1, 2021 in which to respond to Plaintiff's second set of requests for production of documents.

IT IS SO ORDERED.

    Dated:   **August 31, 2021**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE