UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>       Plaintiff,<br><br>    vs.<br><br>ARNETTE, et al.,<br><br>       Defendants. | 1:16-cv-01212-DAD-GSA-PC<br><br>**ORDER GRANTING DEFENDANT ZAMORA'S REQUEST BY SPECIAL APPEARANCE FOR EXTENSION OF TIME (ECF No. 103.)**<br><br>**THIRTY-DAY DEADLINE** |

      Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132. This case now proceeds with Plaintiff's Second Amended Complaint, filed on September 10, 2018, on (1) Plaintiff's ADA claims against defendants Vasquez, Keener, Gonzales,[1] Flores, Arnett,[2] Zamora, and Lopez, in their official capacities; 2) Plaintiff's Eighth Amendment conditions of confinement claims against defendants Vasquez, Keener, and Gonzales; and (3) Plaintiff's due process claims against defendants Vasquez, Keener, and Gonzales. (ECF No. 33.)

---

[1] Sued as Gonzalez.

[2] Sued as Arnette.

On August 6, 2021, the court issued an order to show cause, requiring defendant Zamora to respond, showing cause why default should not be entered against Zamora. (ECF No. 99.) On September 7, 2021, defendant Zamora, by special appearance, requested an extension of time to respond to the order to show cause. (ECF No. 103.)

The Court finds good cause to grant defendant Zamora an extension of time. Accordingly, IT IS HEREBY ORDERED that defendant Zamora is granted an extension of time until thirty days from the date of this order in which to file a response to the court's order to show cause issued on August 6, 2021.

IT IS SO ORDERED.

Dated:   **September 20, 2021**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE