UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES, | 1:16-cv-01212-DAD-GSA-PC |
| Plaintiff, | **ORDER FOR PLAINTIFF TO PROVIDE INFORMATION SUFFICIENT TO IDENTIFY DEFENDANTS VASQUEZ AND LOPEZ AND LOCATE THEM FOR SERVICE OF PROCESS** |
| vs. | |
| ARNETTE, et al., | |
| Defendants. | **TWENTY-DAY DEADLINE** |

Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132. This case now proceeds with Plaintiff's Second Amended Complaint, filed on September 10, 2018, on (1) Plaintiff's ADA claims against defendants Vasquez, Keener, Gonzales,[1] Flores, Arnett,[2] Zamora, and Lopez, in their official capacities; 2) Plaintiff's Eighth Amendment conditions of confinement claims against defendants Vasquez, Keener, and Gonzales; and (3) Plaintiff's due process claims against defendants Vasquez, Keener, and Gonzales. (ECF No. 33.)

---

[1] Sued as Gonzalez.

[2] Sued as Arnette.

1

On February 8, 2021, the U.S. Marshal returned summonses to the court unexecuted for defendants Lopez and Vasquez, with notations that there was not enough information to identify them for service of process.  (ECF No. 69.)  On October 18, 2021, the court issued an order compelling Defendants to respond to Plaintiff's request for information to enable service of process upon defendants Lopez and Vasquez, within thirty days.  (ECF No. 111.)

Plaintiff is now required to provide sufficient information to the court within 20 days of the date of service of this order, to identify and locate defendants Lopez and Vasquez for service of process.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. Within 20 days of the date of service of this order, Plaintiff is required to provide the court with sufficient information to identify and locate defendants Lopez and Vasquez for service of process; and
2. Plaintiff's failure to comply with this order shall result in a recommendation that defendants Lopez and Vasquez be dismissed from this case.

IT IS SO ORDERED.

Dated:  **December 2, 2021**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE