UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>        Plaintiff,<br><br>  vs.<br><br>ARNETTE, et al.,<br><br>        Defendants. | **1:16-cv-01212-DAD-GSA-PC**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE (ECF No. 126.)** |

      Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132.  This case now proceeds with Plaintiff's ADA claims against defendants Vasquez, Keener, Gonzalez, Flores, Arnett, Zamora, and Lopez; Plaintiff's Eighth Amendment claims against defendants Vasquez, Keener and Gonzalez; and, Plaintiff's due process claims against defendants Vasquez, Keener, and Gonzalez.

      On June 6, 2022, Plaintiff filed a request for the Court to schedule this case for a settlement conference.  (ECF No. 126.)  The Court shall not require Defendants to attend a settlement conference at this stage of the proceedings.  On July 5, 2022, Defendants notified the

Court that they do not believe settlement in this case is a possibility, and they are not presently interested in having a settlement conference scheduled by the Court in this case. (ECF No. 128.) Therefore, Plaintiff's motion shall be denied.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for a settlement conference, filed on June 6, 2022, is DENIED.

IT IS SO ORDERED.

    Dated:  **July 14, 2022**            **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE