UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARNETTE, et al.,<br><br>　　　　Defendants. | 1:16-cv-01212-ADA-GSA-PC<br><br>**ORDER FOR CLERK TO ISSUE NEW DISCOVERY AND SCHEDULING ORDER, REOPENING DISCOVERY AND SETTING NEW DEADLINES FOR ALL PARTIES** |

I.   **BACKGROUND**

Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132.  This case now proceeds with Plaintiff's ADA claims against Defendants Keener, Gonzalez, Flores, Arnett, and Zamora; Plaintiff's Eighth Amendment claims against Defendants Keener and Gonzalez; and Plaintiff's due process claims against Defendants Keener and Gonzalez.

On November 6, 2020, the court issued a Discovery and Scheduling Order setting out deadlines for the parties, including deadlines for completion of discovery and for filing dispositive motions. (ECF No. 59.) On October 15, 2021, the court vacated the Discovery and Scheduling Order pending resolution of issues regarding defendant Zamora and un-served

Defendants, with a new scheduling order to be issued after resolution of the issues. (ECF No. 110.) The pending issues are now resolved. (<u>See</u> ECF Nos. 116, 131.) Therefore, the Clerk shall be directed to issue a new Discovery and Scheduling Order, re-opening discovery and setting new deadlines for all of the parties.

**II.     CONCLUSION AND ORDER**

Based on the foregoing, the Clerk of Court is **HEREBY DIRECTED** to issue a new Discovery and Scheduling Order in this case, re-opening discovery and setting new deadlines for all of the parties.

IT IS SO ORDERED.

Dated:   **September 10, 2022**                              **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE