UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARNETTE, et al.,<br><br>            Defendants. | 1:16-cv-01212-ADA-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS UNTIMELY AND DEFICIENT (ECF No. 135.)**<br><br>**ORDER DENYING DEFENDANTS' REQUEST FOR EXTENSION OF TIME AS MOOT (ECF No. 136.)** |

**I.    BACKGROUND**

Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132. This case now proceeds with Plaintiff's ADA claims against Defendants Keener, Gonzalez, Flores, Arnett, and Zamora; Plaintiff's Eighth Amendment claims against Defendants Keener and Gonzalez; Plaintiff's ADA and equal protection claims against defendant Zamora; and Plaintiff's due process claims against Defendants Keener and Gonzalez.

On March 31, 2023, Plaintiff filed a motion to compel. (ECF No. 135.) On April 28, 2023, counsel for Defendants Arnett, Flores, Gonzalez, Zamora, and Keener ("Defendants")

1

requested leave of Court to file a late response to Plaintiff's motion to compel, if the Court deems that an opposition brief is necessary or desirable.  (ECF No. 136.)

The parties' motions are now before the Court.  Local Rule 230(*l*).

## II.    MOTION TO COMPEL

On March 31, 2023, Plaintiff filed a motion to compel Defendants to produce documents from their personnel files pertaining to any complaints, investigations, and disciplinary actions taken in accordance with Senate Bill No. 1421, for purposes of impeachment.  (ECF No. 135.)

Plaintiff's motion is untimely.  The deadline to conduct discovery, including the filing of motions to compel, was March 12, 2023, pursuant to the Court's Discovery and Scheduling Order issued on September 12, 2022.  (ECF No. 133.)  Thus, the discovery deadline expired on March 12, 2023, 19 days before Plaintiff filed his motion to compel.

Moreover, Plaintiff's motion to compel is deficient. Plaintiff has not properly informed the court which discovery requests and responses are at issue by restating them in the motion to compel.  Most discovery requests and responses are exchanged between parties, outside of the court, and Local Rules prohibit the filing of discovery documents as a matter of course.  As a result, the court is not informed of the parties' discovery unless it at issue, such as in a motion to compel.

Plaintiff is advised that when he brings a motion to compel, he must inform the court which discovery requests and responses are at issue by restating them word-for-word in the motion to compel.  For each disputed response, Plaintiff is required to discuss why the information sought is relevant and why the responding party's objections were not meritorious.

Plaintiff's motion to compel shall be denied as untimely and deficient.

## III.   DEFENDANTS' REQUEST

Counsel for Defendants requests leave of Court to file a late response to Plaintiff's motion to compel if the Court deems that an opposition brief is necessary or desirable. Given that Plaintiff's motion to compel shall be denied by this order as untimely and deficient, the Court finds no good cause to require a response from Defendants at this stage of the proceedings. Therefore, Counsel's request shall be denied as moot.

## IV. CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel, filed on March 31, 2023, is denied as untimely and deficient; and

2. Defendants' request for leave to file a late response to Plaintiff's motion to compel, filed on April 28, 2023, is denied as moot.

IT IS SO ORDERED.

Dated:   **May 6, 2023**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE