UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARNETTE, et al.,<br><br>        Defendants. | 1:16-cv-01212-ADA-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 139.)**<br><br>**DEADLINE:  AUGUST 18, 2023** |

  Jeremy Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132.  On June 29, 2023, Plaintiff filed a motion for extension of time to file an opposition to Defendants' motion for summary judgment filed on May 12, 2023.  (ECF No. 139.)

  Plaintiff shows good cause for the Court to grant him an extension of time.  Therefore, Plaintiff shall be granted **until August 18, 2023**, in which to file his opposition to Defendants' motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time, filed on June 29, 2023, is granted. Plaintiff is granted **until August 18, 2023**, in which to file his opposition to Defendants' motion for summary judgment filed on May 12, 2023.

IT IS SO ORDERED.

Dated: **July 12, 2023**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE