UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>     v.<br><br>ARNETTE, et al.,<br><br>            Defendants. | No.  1:16-cv-01212 KES GSA (PC)<br><br>ORDER GRANTING NUNC PRO TUNC PLAINTIFF'S MOTION TO ADVANCE CASE<br><br>(ECF No. 152) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a motion to advance this case.  ECF No. 152.  Defendants have filed a response.  ECF No. 153.  For the reasons stated below, the motion will be granted.

I.     MOTION TO ADVANCE

In support of Plaintiff's motion to advance this case, ultimately, he points out the length of time that this matter has been on the docket as well as the amount of time that Defendants' motion for summary judgment has been pending.  ECF No. 152 at 1.  He also suggests that a timely ruling in his favor could move the case forward towards a settlement conference.  Id.

In Defendants' response to Plaintiff's motion, they state that they do not oppose Plaintiff's motion requesting a ruling of it's motion for summary judgment by the Court.  ECF No. 153 at 1.

1

However, Defendants add, to the extent that Plaintiff's motion seeks any other action on the Court's part, they contend that Plaintiff has neither justified nor supported it. Id. at 1-2.

II.   DISCUSSION

On March 26, 2025, the Court, sua sponte issued an order referring this case to a settlement conference. ECF No. 155. The conference is to be held in mid-April before a different magistrate judge. Id. at 1-2. The parties are urged to make best efforts to come to a an agreement to settle this matter. Therefore, given that a settlement conference has recently been calendared, Plaintiff's motion to advance this case will be granted after the fact.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to advance this case (ECF No. 152) is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   **March 28, 2025**                      /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE

2