UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>     v.<br><br>ARNETTE, et al.,<br><br>            Defendants. | No. 1:16-cv-01212 KES GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CURRENT APRIL 21, 2025, SETTLEMENT CONFERENCE<br><br>(ECF No. 160)<br><br>SETTLEMENT CONFERENCE CONTINUED TO MAY 9, 2025, AT 9:30 AM |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter has been referred for a settlement conference before United States Magistrate Judge Stanley A. Boone. See ECF No. 155.

Before this Court is Defendants' motion for administrative relief to continue the settlement conference that is currently scheduled for April 21, 2025. See ECF No. 160. For the reasons stated below, the motion will be granted, and a new settlement conference date will be calendared.

1

I.   DEFENDANTS' MOTION

In support of the motion for administrative relief to continue the settlement conference, counsel for Defendants, DAG Janet N. Chen, states in part that she has been unable to contact two of the five Defendants in this case in order to obtain their thoughts about settling this matter, something that her office requires. Id. at 4 (Decl. of DAG J.N. Chen). In addition, she states that should it be determined that other cases that Plaintiff has before the Court can be included in a joint settlement, she may need additional time to evaluate and obtain authority to do so for those cases. Id. Lastly, DAG Chen states that she is scheduled to be on vacation from April 17, 2025, through April 25, 2025. Id.

For these reasons, Counsel for Defendants requests that the settlement conference calendared for April 21, 2025, be continued for two weeks. To that end, DAG Chen has provided dates when she will be unavailable for the next six months. See ECF No. 160 at 4.

II.   DISCUSSION

Good cause appearing, Defendants' motion will be granted. The settlement conference will be rescheduled for May 9, 2025, at 9:30 a.m. Consistent with this order, the March 26, 2025, order referring this case to a settlement conference (ECF No. 155) will be vacated; the writ that has been issued to ensure Plaintiff's appearance on April 21, 2025, (see ECF No. 157) will be discharged, and a new appearance writ will be issued via a separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for administrative relief to continue April 21, 2025, settlement conference (ECF No. 160) is GRANTED;

2. The order issued March 26, 2025, which refers this case to a settlement conference (ECF No. 155) is VACATED;

3. The appearance writ issued March 31, 2025, (ECF No. 157) is DISCHARGED, and

4. The new settlement conference date before United States Magistrate Judge Stanley A. Boone is set for May 9, 2025, at 9:30 a.m.

Under separate order, the Court will issue a new appearance writ for Plaintiff.

IT IS SO ORDERED.

   Dated:   **April 17, 2025**                **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE