UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNETTE, et al.,<br><br>    Defendants. | No. 1:16-cv-01212-KES-GSA (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM MAY 9, 2025, TO **MAY 12, 2025, AT 1:30 P.M.** AND VACATING APPEARANCE WRIT ISSUED ON APRIL 17, 2025 |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter has been referred for a settlement conference before the undersigned on May 9, 2025, at 9:30 a.m.

Due to a schedule conflict with the video equipment at Kern Valley State Prison, the settlement conference is RESCHEDULED to **May 12, 2025, at 1:30 p.m.** The appearance writ issued on April 17, 2025 (ECF No. 164) is VACATED, to be reissued by way of separate order.

IT IS SO ORDERED.

Dated:   **April 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1